LOKEN, Circuit Judge, concurs in the result.
PER CURIAM.
This appeal concerns an award of attorney's fees. In a previous appeal, this court held that portions of Minnesota's Next Generation Energy Act were unconstitutional.
*567 North Dakota v. Heydinger , 825 F.3d 912 (8th Cir. 2016). On remand, the district court[2] determined that the plaintiffs were entitled to attorney's fees and awarded them $1,310,088 in fees and costs. North Dakota v. Heydinger , No. 11-cv-3232, 2016 WL 5661926, at *28 (D. Minn. Sept. 29, 2016). The State of Minnesota, through its officers, appeals the award.
After the death of one judge on the panel, the remaining two judges have determined the matter under Eighth Circuit Rule 47E. There is no opinion for the panel, but the district court's order is affirmed. Judge Colloton's views are set forth in a concurring opinion. Judge Loken concurs in the result.

The Honorable Susan Richard Nelson, United States District Judge for the District of Minnesota.